# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK SARKISSIAN dba JACK'S JEWELERS; SIERA JEWELRY INC., <br><br>     Plaintiffs,<br>   vs.<br><br>BERKLEY REGIONAL INSURANCE COMPANY,<br><br>     Defendant. | Case No.: 2:22-cv-00927-AB-PVC <br><br> [~~PROPOSED~~] JUDGMENT |

For the reasons stated in the Order dated September 19, 2022 (ECF No. 28), **JUDGMENT** is **ENTERED** in favor of Defendant Berkley Regional Insurance Company against plaintiffs Jack Sarkissian, Doing Business As Jack's Jewelers, and Siera Jewelry, Inc. This Order will constitute notice of entry of judgment pursuant to Federal Rule of Civil Procedure 58.

DATED: October 6, 2022  _____

Honorable André Birotte Jr.
United States District Judge

1
[~~PROPOSED~~] JUDGMENT